UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS ANDREW DIDONNA,

      Plaintiff,

    v.

HAROLD L. SMITH, *et al.*,

      Defendants.

No. 22-CV-6107 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

  On January 23, 2025, the Court directed Plaintiff to file a Third Amended Complaint "that includes all factual allegations, defendants, and claims that Plaintiff wishes to assert." (*See* Dkt. No. 51 at 2.) The Court will construe Plaintiff's filing at Dkt. No. 53 as Plaintiff's Third Amended Complaint.

  Plaintiff lists the following individuals as defendants in the Third Amended Complaint: Harold Smith; Lieutenant Bini; Deputy Fancher; Deputy Lawrence; Head Nurse Wendy Moore; Nurse Santini; Sullivan County New York; Sullivan County Jail; Prime Care Medical, Inc. ("Prime Care"); Nurse Kim ("Kim"); Nurse Lynn Elkins ("Elkins"); Nurse Christine Bermington ("Bermington"); Nurse Anderson ("Anderson"); Sgt. Robert W. Mass; Connor Stewart; Kyle Farrand; Deputy Skow; and Constable Ketchem (collectively "Defendants"). At present, Defendants Harold Smith, Deputy Fancher, and Sullivan County, New York have already been served and have appeared. (*See generally* Dkt.) Lieutenant Bini and Prime Care Medical, Inc. have also been served. (*Id.*) The Court notes that Sullivan County Jail has been terminated from this Action. (*See* Dkt. No. 11 at 3–4.)

  Plaintiff provided service addresses for Defendants in his Third Amended Complaint, but many of them were duplicative of addresses Plaintiff provided in his original Complaint,

pursuant to which the U.S. Marshals unsuccessfully attempted service. (*See, e.g.*, Dkt. Nos. 17–19.) Under *Valentin v. Dinkins*, 1 F.3d 72, 76 (2d Cir. 1997), a pro se litigant is entitled to assistance from the Court in ascertaining an unidentified defendant's identity and a defendant's proper service address, *see id.* at 76. In light of *Valentin* and the solicitude shown pro se plaintiffs, the Court ordered the Sullivan County Attorney to provide service addresses for Lieutenant Bini, Deputy Lawrence, Head Nurse Wendy Moore, Nurse Santini, Prime Care, Kim, Elkins, Bermington, Anderson, Deputy Skow, and Constable Ketchem, and for the New York Attorney General to provide the service addresses for Sgt. Robert W. Mass, Connor Stewart, and Kyle Ferrand.[1] (Dkt. No. 54.) In response, the Sullivan County Attorney identified Defendants Kim, Elkins, Bermington, and Anderson as Prime Care employees and listed Prime Care's address as their service addresses. (Dkt. No. 55 at 1–2.) The Court subsequently directed the U.S. Marshals to serve Defendants Kim, Elkins, Bermington, and Anderson at Prime Care's address, (Dkt. No. 59), but service was unsuccessful (*See* Dkt. Nos. 66–69.) In declining to accept service for these Defendants, Prime Care's representative asserted that she was "unable to determine if" Defendants Anderson, Bermington, and Kim were "employee[s] of Prime Care." (Dkt. Nos. 66–68). She also declined to accept service on behalf of Defendant Elkins because "Nurse Lynn Elkins no longer works for Prime Care." (Dkt. 69.)

Under *Valentin v. Dinkins*, 1 F.3d 72, 76 (2d Cir. 1997), a pro se litigant is entitled to assistance from the Court in ascertaining an unidentified defendant's identity and a defendant's proper service address, *see id.* at 76. In light of Valentin and the solicitude shown pro se

---

[1] The Court notes that Defendant Harold Smith accepted service on behalf of Prime Care Medical, Inc. on August 19, 2022. (*See* Dkt. No. 22.) To date, Prime Care Medical, Inc. had not appeared in this Action. (*See generally* Dkt.) Accordingly, in an abundance of caution, the Court directed the Sullivan County Attorney to provide a service address for Prime Care Medical, Inc.

plaintiffs, the Court determines that it is necessary for responsible entities to provide accurate service addresses. Plaintiff's Third Amended Complaint and the Sullivan County Attorney's response to the Court's May 22, 2025, *Valentin* Order provide sufficient information for Prime Care to provide the service addresses, including any forwarding addresses for former employees, for Defendants Kim, Elkins, Bermington, and Anderson. Prime Care must provide this information to the Court and to Plaintiff within 30 days of this Order.

The Court respectfully directs the Clerk of Court to mail a copy of this Order and copies of the Third Amended Complaint (Dkt. No. 53), the Court's May 22, 2025, *Valentin* Order (Dkt. No. 54), and the Sullivan County Attorney's response to the May 22, 2025, *Valentin* Order (Dkt. No. 55) to Prime Care at 3940 Locust Lane, Harrisburg, PA 17109.

SO ORDERED.

Dated: October 17, 2025
       White Plains, New York

---

       KENNETH M. KARAS
       United States District Judge