UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

LOUIS ANDREW DIDONNA,

                Plaintiff,

    -against-                                    **ORDER**

HAROLD L. SMITH, *et al.*,                   22 Civ. 06107 (KMK)(JCM)

                Defendants.

-------------------------------------------------------X

       Presently before the Court are two requests for discovery by *pro se* plaintiff Louis Andrew DiDonna ("Plaintiff"). (Docket Nos. 83, 84). First, by letter dated October 25, 2025, Plaintiff requests that the Court "order the release of the wound care log that was kept [by Prime Care Medical Cooperation]" from August 3, 2021 through November 11, 2021. (Docket No. 83 at 1-2). Second, by motion dated November 2, 2025, Plaintiff requests that the Court "order the witnesses in [his] case to give a true written statement of what they had witnesse[d] in regards to the medical care that [he] had received while at the Sullivan County jail." (Docket No. 84 at 1).[1] For the reasons set forth below, the Court denies each of Plaintiff's requests without prejudice.

       Plaintiff filed a Complaint, *pro se*, against multiple Defendants on July 18, 2022, asserting violations of his civil rights relating to inadequate medical care and living conditions he experienced while in prison. (Docket No. 2). On March 5, 2025, Plaintiff filed a Third Amended Complaint, asserting largely the same causes of action, plus an excessive force claim against the police during his arrest. (Docket No. 53).

---

[1] Plaintiff specifically requests that the Court order the following personnel to provide witness statements: "corporal Grey, Officer Mazerick, officer Stought, Officer's Mr Goor and Miss's Goor, Officer Hatt, and Nurse Lauren from Sullivan county medical department." (Docket No. 84 at 2).

1

Since Plaintiff first initiated this litigation, the Honorable Kenneth M. Karas has issued several orders with respect to service of process on the named Defendants. (*See, e.g.*, Docket Nos. 11, 54, 60, 72). To date, not all Defendants have been served, nor have all Defendants answered the Third Amended Complaint. Furthermore, the Court has not held a Rule 16 conference and no Case Management and Scheduling Order has been issued. Therefore, discovery in this case has not yet commenced, thus, any discovery requests at this stage of the litigation are premature. The parties may not engage in discovery until the Court holds a Rule 16 conference and enters a Case Management and Scheduling Order.

Accordingly, Plaintiff's (1) letter request for a Court order directing Prime Care Medical Cooperation to release certain medical records relating to Plaintiff's wound care from August 3, 2021 through November 11, 2021, (Docket No. 83), and (2) motion for the Court to order eyewitnesses to provide written statements about Plaintiff's medical care, (Docket No. 84), are denied without prejudice.

The Clerk of Court is respectfully requested to terminate the pending Motion (Docket No. 84), and to mail a copy of this Order to the *pro se* Plaintiff.

Dated: November 20, 2025
      White Plains, New York

                                                **SO ORDERED:**

                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge